1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| RANDEE NIMMER, | CASE NO. 2:15-cv-06855-PSG-FFM |
| --- | --- |
| Plaintiff, | [Assigned to Hon. Philip S. Gutierrez] |
| v. | **ORDER GRANTING PLAINTIFF'S MOTION TO REMAND** |
| BOSTON SCIENTIFIC CORPORATION, | DATE: November 9, 2015<br>TIME: 1:30 p.m.<br>CTRM.: 880 |
| Defendant. | JUDGE: Hon. Philip S. Gutierrez |

[PROPOSED] ORDER GRANTING
MOTION TO REMAND

1   **IT IS HEREBY ORDERED** that Plaintiff's Motion to Remand in the above
2   captioned case is meritorious and therefore granted and that this case be remanded to
3   the Central Civil West Complex Court of the State of California, County of Los
4   Angeles before the Honorable William F. Highberger.

6   Signed and dated on this _____ day of _____, 2015.

_____
United States District Judge
Central District of California
Western Division